IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMMY WALLACE,** | : | Civil No. 1:22-cv-0662 |
| | : | |
| Petitioner, | : | |
| | : | (Judge Sylvia H. Rambo) |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA, et al.,** | : | |
| | : | |
| | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 20th day of July, 2023, in accordance with the accompanying memorandum of law, IT IS HEREBY ORDERED as follows:

1. The Report and Recommendation (Doc. 34) is ADOPTED;

2. Petitioner Timmy Wallace's objections (Doc. 36) are OVERRULED;

3. The Petition (Doc. 1) is DISMISSED;

4. Petitioner's motion for an extension of time to file additional objections to the Report and Recommendation (Doc. 40) is DENIED AS MOOT;

5. The Clerk of Court is DIRECTED to close this file; and

6. The court declines to issue a certificate of appealability, as Brown has failed to demonstrate a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Buck v. Davis*, 137 S.Ct. 759, 773-75 (2017); *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

S/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge